# Court of Appeals
# of the State of Georgia

ATLANTA,  November 05, 2014

*The Court of Appeals hereby passes the following order:*

## A15I0045. PREMIUM FUNDING SOLUTIONS, LLC. v. METRO ATLANTA TASK FORCE FOR THE HOMELESS, INC.

Premium Funding Solutions, LLC., filed this application for interlocutory appeal, challenging a superior court order granting its motion to compel the payment of rent into the court registry, but staying the case pending resolution of an action currently before the Supreme Court. According to the trial court, the Supreme Court action and this action "involve 'the same parties' and 'substantially the same questions of title to, and possession of, the same land.'" The issues in this case, therefore, are inextricably intertwined with the case presently pending in the Supreme Court. Accordingly, in the interest of judicial economy and to avoid the possibility of inconsistent decisions, this application for interlocutory appeal is hereby TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  11/05/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*